UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:23-mj-01176-DLC |
| | ) | |
| BEAU BENSON, | ) | |
| Defendant | ) | |
| | ) | |

## MOTION SEEKING LEAVE TO WITHDRAW APPEARANCE

NOW COMES, undersigned counsel for Defendant in the above captioned case and hereby moves for leave to withdraw as counsel. As reason therefore, the Defendant retained successor counsel, Gary Pelletier, who has previously filed his appearance in this matter.

WHEREFORE, undersigned counsel respectfully requests to withdraw his appearance.

Respectfully Submitted:
BEAU BENSON,
DEFENDANT
By His Attorney:

Dated:  April 2, 2024

*/s/ Vikas S. Dhar*
Vikas S. Dhar, BBO No. 657539



vikas@dharlawllp.com
Schrafft's City Center Powerhouse
529 Main Street, Suite P200
Charlestown, Massachusetts 02129
Office: 617.880.6155
Fax: 617.880.6160

## CERTIFICATE OF SERVICE

I, Vikas S. Dhar, counsel for Defendant, hereby certify that a true and accurate copy of this document, and all supporting documents, if any, have been delivered via ECF to all registered partis in this matter.

*/s/ Vikas S. Dhar*
Vikas S. Dhar, BBO No. 657539